UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICOLE SAVERY, LARRY SAVERY, | * | NO. 10-CV-1095 |
| GINA BAGLIO AND TROY BAGLIO | * | |
| | * | SECTION:  (B) (5) |
| VERSUS | * | |
| | * | |
| THE DOW CHEMICAL COMPANY AND | * | JUDGE:  IVAN L.R. LEMELLE |
| HEXION SPECIALTY CHEMICALS, INC. | * | |
| | * | MAG: ALMA L. CHASEZ |

*************************************************************************

## ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS

Considering the foregoing *Voluntary Motion to Dismiss* (Rec. Doc. No. 23),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that any and all claims

of Plaintiffs against Momentive Specialty Chemicals, Inc. and Hexion Specialty Chemicals, Inc.,

be and the same are hereby dismissed without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28th day of _____March_____, 2011.

_____

**UNITED STATES DISTRICT JUDGE**