**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NICOLE SAVERY, ET AL** | * | **CIVIL ACTION NO. 10-1095** |
| | * | |
| **VERSUS** | * | **JUDGE IVAN L.R. LEMELLE** |
| | * | |
| **THE DOW CHEMICAL COMPANY, ET AL** | * | **MAGISTRATE JUDGE ALMA L. CHASEZ** |
| | * | |
| | * | **JURY TRIAL REQUESTED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

**CONSIDERING** the foregoing Ex Parte Consent Motion to Dismiss Case with Prejudice (Rec. Doc. No. 29);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** with each party to bear their own costs.

New Orleans, Louisiana, this 9th day of August, 2011.

UNITED STATES DISTRICT JUDGE